# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

PRESIDIO, INC., PRESIDIO NETWORKED )
SOLUTIONS LLC, and PRESIDIO )
NETWORKED SOLUTIONS GROUP, LLC, )
                                         ) Case No. 2:21-cv-05779-ALM-EPD
                                         )
                                         ) Chief Judge Algenon Marbley
                      Plaintiffs, )
                                         ) Magistrate Judge Deavers
v.                                       )
                                         )
PEOPLE DRIVEN TECHNOLOGY, INC., )
JOSEPH SCHAUMLEFFEL, and THOMAS )
SCHLOTTERER, )
                                         )
                      Defendants. )

## STIPULATED ORDER REGARDING EXPEDITED FACT DISCOVERY

WHEREAS, Plaintiffs Presidio, Inc., Presidio Networked Solutions LLC, and Presidio Networked Solutions Group, LLC (collectively, "Presidio") commenced the instant action against Defendants People Driven Technology, Inc. ("PDT"), Joseph Schaumleffel ("Schaumleffel"), and Thomas Schlotterer ("Schlotterer" and together with PDT and Schaumleffel, "Defendants," and together with Presidio, the "Parties"), with the filing of the complaint on December 14, 2021 (ECF Doc. No. 1); and

WHEREAS, on December 15, 2021, Presidio moved this Court for issuance of a temporary restraining order and preliminary injunction against Defendants pursuant to Fed. R. Civ. P. 65 (ECF Doc. No. 8) (the "Motion"); and

1

WHEREAS, the Parties agreed to conduct limited expedited discovery in connection with the Motion, with such expedited discovery to conclude by March 1, 2022, as memorialized in the Preliminary Pretrial Order, ECF Doc. No. 33 (the "Pretrial Order"); and

WHEREAS, the Pretrial Order directs that the Parties complete all discovery (including both fact and expert discovery) by September 2, 2022, with primary expert reports due by July 1, 2022, but does not specify a fact discovery deadline; and

WHEREAS, the Parties have resolved the Motion by stipulation; and

WHEREAS, the Parties nonetheless wish to conduct certain fact discovery on an expedited basis;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Such expedited fact discovery (including depositions of fact witnesses) shall be completed by April 29, 2022.

2. The terms and deadlines set forth in the Pretrial Order shall otherwise remain in effect and this Order shall not preclude further discovery consistent with the Pretrial Order and other orders of the Court.

Agreed to:

Dated: February 25, 2022

| /s/ D. Michael Crites | /s/ William A. Nolan |
|---|---|
| D. Michael Crites (0021333) | William A. Nolan (0041891) |
| Lindsay K. Gerdes (0100896) | David M. DeVillers (0059456) |
| Joseph K. Merical (0098263) | Jeff A. Bartolozzi (0095664) |
| DINSMORE & SHOHL, LLP | Barnes & Thornburg |
| 191 West Nationwide Blvd., Suite 300 | 41 S. High Street Suite 3300 |
| Columbus, Ohio 43215 | Columbus, Ohio 43215-6104 |
| Phone: (614) 628-6880 | Phone: (614) 628-1401 |
| Fax: (614) 628-6890 | Fax: (614) 628-1433 |
| michael.crites@dinsmore.com | bill.nolan@btlaw.com |
| lindsay.gerdes@dinsmore.com | david.devillers@btlaw.com |

| | |
|---|---|
| joseph.merical@dinsmore.com | jeff.bartolozzi@btlaw.com |
| Robert S. Friedman (PHV)<br>Joshua I. Schlenger (PHV)<br>Shin Han (PHV)<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, New York<br>Telephone: (212) 653-8700<br>E-mail: rfriedman@sheppardmullin.com<br>        jschlenger@sheppardmullin.com<br>        shahn@sheppardmullin.com | *Attorneys for Defendant People Driven Technology, Inc.* |
| *Attorneys for Plaintiffs* | |
| /s/ Evan Ecos | /s/ Sam Schlein |
| John Marsh<br>Evan Ecos<br>Bailey Cavalieri<br>10 W. Broad Street Suite 2100<br>Columbus, Ohio 43215-3422<br>Phone: (614) 229-3230<br>Fax: (614) 221-0479<br>jmarsh@baileycav.com<br>eecos@baileycav.com | John Marshall<br>Sam Schlein<br>Marshall Forman & Schlein, LLC<br>250 Civic Center Drive Suite 480<br>Columbus, Ohio 43215<br>Phone: (614) 463-9790<br>Fax: (614) 463-9780<br>jmarshall@marshallforman.com<br>sschlein@marshallforman.com |
| *Attorneys for Defendant Joseph Schaumleffel* | *Attorneys for Defendant Thomas Schlotterer* |

**IT SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:  March 3, 2022**